IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BCI ACRYLIC BATH SYSTEMS, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff. | ) ) | Case No. |
| v. | ) ) | Hon. |
| CHAMELEON POWER, INC., a Michigan Corporation, | ) ) ) ) | Magistrate Judge |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, BCI ACRYLIC BATH SYSTEMS, INC., an Illinois Corporation, by and through its attorneys, for its Complaint against Defendant, CHAMELEON POWER, INC., a Michigan Corporation, alleges as follows:

## PARTIES

1. Plaintiff, BCI ACRYLIC BATH SYSTEMS, INC. ("BCI"), is an Illinois Corporation that manufactures and distributes acrylic bath liners, wall surrounds and other home products.

2. Defendant, CHAMELEON POWER, INC. ("Chameleon"), is a Michigan Corporation that, according to its website, "offers complete IT services."

3. This Court has jurisdiction over this case and the parties hereto pursuant to 28 U.S. Code § 1332 - Diversity of citizenship, because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

4. Venue is proper in this Court pursuant to 28 U.S. Code § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

**BREACH OF CONTRACT**

5. On or about September 15, 2014, BCI and Chameleon entered into the Software Development and Services Agreement ("Agreement," a true and correct copy of which is attached hereto as **Exhibit 1**). The Agreement provided that Chameleon was to perform various services that are more fully described on Exhibit A of the Agreement.

6. Pursuant to paragraph 17 of the Agreement, titled "Development Timeline," Chameleon's development of the "tools and services" described in Exhibit A ("Tools and Services") of the Agreement was to occur within 90 days of the execution of the Agreement.

7. Despite the express terms of the Agreement, Chameleon failed to successfully develop the Tools and Services within 90 days of the execution of the Agreement. In fact, for over 15 months, Chameleon has not been able to deliver to BCI the Tools and Services as promised.

8. Therefore, based on the express terms of the Agreement, Chameleon is in default of the Agreement.

9. BCI has satisfied its obligations to Chameleon pursuant to the Agreement in that it has paid Chameleon the sum of $35,000.00 pursuant to the terms of the Agreement.

10. BCI is entitled to damages for the amount it paid Chameleon, $35,000.00, plus lost profits to be determined at trial that are, upon information and belief, in excess of $500,000.00.

WHEREFORE, Plaintiff, BCI ACRYLIC BATH SYSTEMS, INC., respectfully prays that this Honorable Court enter judgment in its favor and against Defendant, CHAMELEON POWER, INC., in the sum of $535,000.00 plus court costs and any other relief the Court deems necessary and just.

    Respectfully submitted,

    BCI ACRYLIC BATH SYSTEMS, INC.

    By: \_\_\_\_/s/ Elliot S. Wiczer_____
          One of its Attorneys

Elliot S. Wiczer – ARDC #6208432

John M. Sheldon – ARDC #6256666
Brian S. Feldman – ARDC #6288135
Kyle G. Fonjemie – ARDC #6317125
Wiczer & Sheldon, LLC
500 Skokie Blvd., Suite 325
Northbrook, IL 60062
(847)849-4850